ALDEN J. VARNEY *vs.* STEPHEN E. AMES.

Aroostook County. Decided November 27, 1915. An action of assumpsit to recover damages for breach of a written contract

wherein defendant agreed to raise and sell to plaintiff certain merchantable potatoes to the value of $250. Plea, general issue. At the conclusion of the evidence, the case was reported to the Law Court for determination of rights of parties, upon so much of the evidence as is legally admissible. Judgment for defendant. *Ransford W. Shaw,* for plaintiff. *Powers & Guild,* for defendant.